**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Karen Calandriello<br>First Name  Middle Name  Last Name | Social Security number or ITIN  xxx–xx–4359<br>EIN  _ _–_ _ _ _ _ _ _ |
| Debtor 2<br>(Spouse, if filing) | First Name  Middle Name  Last Name | Social Security number or ITIN  _ _ _ _<br>EIN  _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | District of New Jersey | |
| Case number: | 19–24666–KCF | |

# Order of Discharge    12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Karen Calandriello

6/18/21    **By the court:**    Kathryn C. Ferguson
                                 United States Bankruptcy Judge

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**

Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court

District of New Jersey

In re:  
Karen Calandriello  
    Debtor

Case No. 19-24666-KCF  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-3      User: admin      Page 1 of 4  
Date Rcvd: Jun 21, 2021      Form ID: 318      Total Noticed: 76

The following symbols are used throughout this certificate:  
**Symbol    Definition**

\+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 23, 2021:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Karen Calandriello, 463 Mamie Dr, Brick, NJ 08723-6473 |
| 518377026 | | AES/PHEAA, Attn: Bankruptcy, PO Box 2461, Harrisburg, PA 17105-2461 |
| 518377028 | | AR Resources Inc, PO Box 1056, Blue Bell, PA 19422-0287 |
| 518377025 | | Aaron's Sales & Lease, Attn: Bankruptcy, PO Box 100039, Kennesaw, GA 30156-9239 |
| 518377027 | | Alpha Recovery Corporation, 6912 S Quentin St Ste 10, Centennial, CO 80112-4531 |
| 518377029 | + | Arronrnts, 309 E Paces Ferry Rd NE, Atlanta, GA 30305-2377 |
| 518377031 | | Barron Emergency Physician, PO Box 7418, Philadelphia, PA 19101-7418 |
| 518377038 | | Ccs/First National Ban, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 518377039 | ++ | FIRST SAVINGS BANK, PO BOX 5096, SIOUX FALLS SD 57117-5096 address filed with court:, Ccs/First Savings Bank, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 518377052 | | First Nataional Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117-5097 |
| 518377053 | | First Savings Credit Card, Attn: Bankruptcy Department, PO Box 5019, Sioux Falls, SD 57117-5019 |
| 518377054 | | Fncc, 500 E 60th St N, Sioux Falls, SD 57104-0478 |
| 518377065 | | Phelan Hallinan Diamond & Jones, 1617 John F Kennedy Blvd Ste 1400, Philadelphia, PA 19103-1814 |
| 518377067 | | Select Portfolio Servicing, 3217 Decker Lake Dr, Salt Lake City, UT 84119-3284 |
| 518500203 | | The Bank of New York Mellon as Trustee, c/o Select Portfolio Servicing, Inc., P.O. Box 65250, Salt Lake City, UT 84165-0250 |
| 518377076 | + | Thrift Investment Corp, 720 King George Rd, Fords, NJ 08863-1985 |
| 518377075 | + | Thrift Investment Corp, Attn: Bankruptcy Department, 720 King George Rd, Fords, NJ 08863-1985 |
| 518461005 | + | Wells Fargo Bank N.A., d/b/a Wells Fargo Auto, PO Box 130000, Raleigh, 27605, NC 27605-1000 |
| 518377081 | | Wells Fargo Dealer Svc, PO Box 10709, Raleigh, NC 27605-0709 |

TOTAL: 19

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Jun 21 2021 20:57:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Jun 21 2021 20:57:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 518377030 | | EDI: CAPIO.COM | Jun 22 2021 00:53:00 | Assetcarellc/capiopart, 2222 Texoma Pkwy Ste 180, Sherman, TX 75090-2484 |
| 518377037 | | EDI: CITICORP.COM | Jun 22 2021 00:48:00 | Cbna, 50 NW Point Blvd, Elk Grove Village, IL 60007-1032 |
| 518377032 | | EDI: CAPITALONE.COM | Jun 22 2021 00:48:00 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 518377033 | | EDI: CAPITALONE.COM | Jun 22 2021 00:48:00 | Capital One, PO Box 30253, Salt Lake City, UT 84130-0253 |
| 518377034 | | EDI: CAPONEAUTO.COM | Jun 22 2021 00:53:00 | Capital One Auto Finan, PO Box 259407, Plano, TX 75025-9407 |
| 518377035 | | EDI: CAPONEAUTO.COM | Jun 22 2021 00:53:00 | Capital One Auto Finance, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |

Case 19-24666-KCF    Doc 67    Filed 06/23/21    Entered 06/24/21 00:28:44    Desc Imaged
                              Certificate of Notice    Page 4 of 6

| District/off: 0312-3 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jun 21, 2021 | Form ID: 318 | Total Noticed: 76 |

| | | | | |
|---|---|---|---|---|
| 518392446 | + | EDI: AIS.COM | Jun 22 2021 00:48:00 | Capital One Bank (USA), N.A., 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518377036 | | EDI: CAPITALONE.COM | Jun 22 2021 00:48:00 | Capital One Bank USA N, PO Box 30281, Salt Lake City, UT 84130-0281 |
| 518377040 | | Email/Text: bankruptcy@certifiedcollection.com | Jun 21 2021 20:57:00 | Certified Credit & Collection Bureau, PO Box 1750, Whitehouse Station, NJ 08889-1750 |
| 518377041 | | EDI: CITICORP.COM | Jun 22 2021 00:48:00 | Citibank North America, Citibank Corp/Centralized Bankruptcy, PO Box 790034, Saint Louis, MO 63179-0034 |
| 518490463 | | EDI: CITICORP.COM | Jun 22 2021 00:48:00 | Citibank, N.A., 5800 S Corporate Pl, Sioux Falls, SD 57108-5027 |
| 518377042 | | EDI: COMCASTCBLCENT | Jun 22 2021 00:48:00 | Comcast, PO Box 1577, Newark, NJ 07101-1577 |
| 518377043 | | EDI: WFNNB.COM | Jun 22 2021 00:48:00 | Comenity Bank/Mandees, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 518377044 | | EDI: WFNNB.COM | Jun 22 2021 00:48:00 | Comenity Bank/Roamans, Attn: Bankruptcy, PO Box 182125, Columbus, OH 43218-2125 |
| 518377045 | | EDI: WFNNB.COM | Jun 22 2021 00:48:00 | Comenity Bank/Roamans, PO Box 182789, Columbus, OH 43218-2789 |
| 518377046 | + | EDI: CONVERGENT.COM | Jun 22 2021 00:48:00 | Convergent, 800 SW 39th St, Renton, WA 98057-4927 |
| 518377047 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 22 2021 11:57:40 | Credit One Bank, ATTN: Bankruptcy Department, PO Box 98873, Las Vegas, NV 89193-8873 |
| 518377048 | | Email/PDF: creditonebknotifications@resurgent.com | Jun 21 2021 21:07:46 | Credit One Bank NA, PO Box 98875, Las Vegas, NV 89193-8875 |
| 518377049 | | EDI: DCI.COM | Jun 22 2021 00:53:00 | Diversified Consultant, PO Box 551268, Jacksonville, FL 32255-1268 |
| 518377050 | | EDI: BLUESTEM | Jun 22 2021 00:48:00 | Fingerhut, PO Box 166, Newark, NJ 07101-0166 |
| 518377051 | | EDI: BLUESTEM | Jun 22 2021 00:48:00 | Fingerhut, Attn: Bankruptcy, PO Box 1250, Saint Cloud, MN 56395-1250 |
| 518443160 | + | EDI: CBS7AVE | Jun 22 2021 00:53:00 | Ginny's, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518377055 | | EDI: CBS7AVE | Jun 22 2021 00:53:00 | Ginny's, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518377056 | | EDI: IRS.COM | Jun 22 2021 00:48:00 | Internal Revenue Service, PO Box 7346, Special Procedures Branch, Bky Sec., Philadelphia, PA 19101-7346 |
| 518377057 | | EDI: JEFFERSONCAP.COM | Jun 22 2021 00:48:00 | Jefferson Capital Syst, 16 McLeland Rd, Saint Cloud, MN 56303-2198 |
| 518448380 | | EDI: JEFFERSONCAP.COM | Jun 22 2021 00:48:00 | Jefferson Capital Systems LLC, Po Box 7999, Saint Cloud Mn 56302-9617 |
| 518470334 | | Email/PDF: resurgentbknotifications@resurgent.com | Jun 22 2021 11:58:32 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 518416217 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 22 2021 11:57:40 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 518377058 | | Email/Text: ml-ebn@missionlane.com | Jun 21 2021 20:55:00 | Lendup Card Services, Attn: Bankruptcy Dept, 237 Kearny St # 197, San Francisco, CA 94108-4502 |
| 518377059 | | Email/Text: ml-ebn@missionlane.com | Jun 21 2021 20:55:00 | Lendup/Tab Bank, 225 Bush St, San Francisco, CA 94104-4215 |
| 518377060 | | EDI: WFNNB.COM | Jun 22 2021 00:48:00 | Mandees, 401 Hackensack Ave, Hackensack, NJ 07601-6411 |

Case 19-24666-KCF    Doc 67    Filed 06/23/21    Entered 06/24/21 00:28:44    Desc Imaged
                          Certificate of Notice    Page 5 of 6

| District/off: 0312-3 | User: admin | Page 3 of 4 |
|---|---|---|
| Date Rcvd: Jun 21, 2021 | Form ID: 318 | Total Noticed: 76 |

| Notice ID | Method | Date/Time | Recipient |
|---|---|---|---|
| 518377061 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 21 2021 21:07:36 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518377062 | Email/PDF: MerrickBKNotifications@Resurgent.com | Jun 21 2021 21:06:59 | Merrick Bank/Cardworks, Attn: Bankruptcy, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 518377063 | Email/Text: OMCbankruptcy@hackensackmeridian.org | Jun 21 2021 20:58:00 | Ocean Medical Center, PO Box 4171401 Meridian Health, Boston, MA 02241-7140 |
| 518377064 | Email/Text: OMCbankruptcy@hackensackmeridian.org | Jun 21 2021 20:58:00 | Ocean Medical Center, PO Box 417140, Boston, MA 02241-7140 |
| 518499270 | EDI: PRA.COM | Jun 22 2021 00:48:00 | Portfolio Recovery Associates, LLC, c/o Ebay, POB 41067, Norfolk VA 23541 |
| 518424826 | EDI: Q3G.COM | Jun 22 2021 00:48:00 | Quantum3 Group LLC as agent for, CF Medical LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 518377066 | Email/Text: Supportservices@receivablesperformance.com | Jun 21 2021 20:58:00 | Receivables Performanc, 20816 44th Ave W, Lynnwood, WA 98036-7744 |
| 518377069 | EDI: AISSPRINT | Jun 22 2021 00:48:00 | Sprint PCS, 6391 Sprint Parkway, Overland Park, KS 66251 |
| 518443159 | + EDI: CBS7AVE | Jun 22 2021 00:53:00 | Seventh Avenue, c/o Creditors Bankruptcy Service, P.O. Box 800849, Dallas, TX 75380-0849 |
| 518377068 | EDI: CBS7AVE | Jun 22 2021 00:53:00 | Seventh Avenue, 1112 7th Ave, Monroe, WI 53566-1364 |
| 518429262 | + EDI: CBSMASON | Jun 22 2021 00:48:00 | Stoneberry, c/o Creditors Bankruptcy Service, P O Box 800849, Dallas, TX 75380-0849 |
| 518377070 | + EDI: CBSMASON | Jun 22 2021 00:48:00 | Stoneberry, 1356 William Street, Chippewa Falls, WI 54729-1500 |
| 518377072 | EDI: RMSC.COM | Jun 22 2021 00:48:00 | Syncb/Walmart, PO Box 965024, Orlando, FL 32896-5024 |
| 518377071 | EDI: RMSC.COM | Jun 22 2021 00:48:00 | Syncb/ppxtrm, PO Box 965005, Orlando, FL 32896-5005 |
| 518378770 | + EDI: RMSC.COM | Jun 22 2021 00:48:00 | Synchrony Bank, c/o of PRA Receivables Management, LLC, PO Box 41021, Norfolk, VA 23541-1021 |
| 518377073 | EDI: RMSC.COM | Jun 22 2021 00:48:00 | Synchrony Bank/Gap, Attn: Bankruptcy Dept, PO Box 965060, Orlando, FL 32896-5060 |
| 518377074 | EDI: RMSC.COM | Jun 22 2021 00:48:00 | Synchrony Bank/Walmart, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 518482837 | + EDI: AIS.COM | Jun 22 2021 00:48:00 | Verizon, by American InfoSource as agent, 4515 N Santa Fe Ave, Oklahoma City, OK 73118-7901 |
| 518377077 | EDI: VERIZONCOMB.COM | Jun 22 2021 00:48:00 | Verizon, 3601 Converse Dr, Wilmington, NC 28403-6182 |
| 518377078 | EDI: BLUESTEM | Jun 22 2021 00:48:00 | Webbank/fingerhut, 6250 Ridgewood Rd, Saint Cloud, MN 56303-0820 |
| 518377079 | EDI: WFFC.COM | Jun 22 2021 00:48:00 | Wells Fargo Dealer Services, Attn: Bankruptcy, PO Box 19657, Irvine, CA 92623-9657 |
| 518377080 | EDI: WFFC.COM | Jun 22 2021 00:48:00 | Wells Fargo Dealer Svc, PO Box 1697, Winterville, NC 28590-1697 |
| 518377082 | Email/Text: bankruptcynotice@westlakefinancial.com | Jun 21 2021 20:57:00 | Westlake Financial Services, Attn: Bankruptcy, PO Box 76809, Los Angeles, CA 90076-0809 |
| 518377083 | + Email/Text: bankruptcynotice@westlakefinancial.com | Jun 21 2021 20:57:00 | Westlake Financial Svc, 4751 Wilshire Blvd Ste 1, Los Angeles, CA 90010-3847 |

TOTAL: 57

| District/off: 0312-3 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jun 21, 2021 | Form ID: 318 | Total Noticed: 76 |

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| lm | *+ | Select Portfolio Servicing, 3217 Decker Lake Drive, Salt Lake City, UT 84119-3284 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 23, 2021            Signature:            /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 18, 2021 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Albert Russo | on behalf of Trustee Albert Russo docs@russotrustee.com |
| Andrew M. Lubin | on behalf of Loss Mitigation Select Portfolio Servicing bkecf@milsteadlaw.com  alubin@milsteadlaw.com |
| Andrew M. Lubin | on behalf of Creditor The Bank of New York Mellon as Trustee for CWABS  Inc. Asset-Backed Certificates, Series 2006-8 bkecf@milsteadlaw.com, alubin@milsteadlaw.com |
| Barry Frost | trustee@teichgroh.com  NJ94@ecfcbis.com;frost@remote7solutions.com |
| Daniel E. Straffi | on behalf of Debtor Karen Calandriello bkclient@straffilaw.com G25938@notify.cincompass.com;familyclient@straffilaw.com;bktrustee@straffilaw.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |

TOTAL: 6